**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**FREDDIE LEWIS AND
STEPHNE BROWN LEWIS**                                                                    **PLAINTIFFS**

**V.**                                      **NO. 5:15CV00279 JM**

**UNION PACIFIC RAILROAD COMPANY**                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed.

IT IS SO ORDERED this 6th day of October, 2016.

_____
James M. Moody Jr.
United States District Court